No. 91–7804. BUFFERD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. [Certiorari granted, 505 U. S. 1203.] Motion

for appointment of counsel granted, and it is ordered that Stuart Jay Filler, Esq., of Bridgeport, Conn., be appointed to serve as counsel for petitioner in this case.